NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNIVERSIDAD DEL VALLE DE GUATEMALA,**
*Petitioner*

**v.**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES,**
*Respondent*

---

2025-1565

---

Appeal from the determination of the Department of Health & Human Servicesno in Claim No. H-20-0-0038-4.

---

**ON MOTION**

---

Before REYNA, HUGHES, and STOLL, *Circuit Judges.*

STOLL, *Circuit Judge.*

### O R D E R

The Department of Health and Human Services ("HHS") and the Universidad del Valle de Guatemala ("UVG") respond to this court's show cause order.  Dr. Mario Ricardo Calderon moves for leave to intervene.

Dr. Calderon worked for UVG, a Guatemala-based nonprofit university, receiving HHS funding under a President's Emergency Plan for AIDS Relief grant. Following his removal, Dr. Calderon filed a complaint with HHS asserting reprisal for protected disclosures made at UVG's facilities in Guatemala. On January 17, 2025, HHS issued a letter concurring with its Office of Inspector General's recommendations in favor of Dr. Calderon, stating it "represents the final agency decision on your claims and requests for relief." ECF No. 1-2 at 3. UVG then filed this petition.

The parties agree, as do we, that this court does not have jurisdiction over this petition. *See generally* 28 U.S.C. § 1295. It is also common ground among the parties that the alleged reprisal occurred outside of the United States and that no regional circuit would appear to have jurisdiction under 41 U.S.C. § 4712, which provides only for "review" in "the United States court of appeals for a circuit in which the reprisal is alleged in the order to have occurred," § 4712(c)(5).[1] UVG instead urges transfer to the United States District Court for the District of Columbia, invoking that court's typical authority "to review federal administrative action under 28 U.S.C. § 1331." ECF No. 15-1 at 12 (cleaned up). Under the circumstances, we deem it appropriate to grant that request, leaving it to the district court to determine whether it has jurisdiction.

Accordingly,

IT IS ORDERED THAT:

---

[1]    We make no determination as to whether the parties are correct.

UNIVERSIDAD DEL VALLE DE GUATEMALA v. HHS                    3

     This matter is transferred to the United States District Court for the District of Columbia.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 16, 2025
     Date